1  MELINDA HAAG, CSBN 132612
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 AH MOI LAI,                          )
                                        )   No. C 10-2755 WHA
13            Plaintiff,                 )
                                        )
14       v.                             )   **STIPULATION TO EXTEND TIME**
                                        )   **WITHIN WHICH THE DEFENDANTS**
15 JANET NAPOLITANO, Secretary of the   )   **MUST FILE AN ANSWER; and**
   Department of Homeland Security;     )   [~~proposed~~] **ORDER**
16 ROBIN BARRETT, USCIS, San Francisco  )
   Field Office Director,               )
17                                       )
              Defendants.               )
18 _____ )

19      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28

Stipulation to Extend Time
C 10-2755 WHA                          1

1   within which the Defendants must serve its answer in the above-entitled action.

2   Dated: August 23, 2010                     Respectfully submitted,

3                                              MELINDA HAAG
                                               United States Attorney
4

5                                              _____/s/_____
                                               ILA C. DEISS
6                                              Assistant United States Attorney

7

8

9   Dated: August 23, 2010                     _____/s/_____
                                               JUSTIN X. WANG
10                                             Attorney for Plaintiff

11

12                                       **ORDER**
13
        Pursuant to stipulation, IT IS SO ORDERED.  Defendants' Answer is now due **September 28,**
14
    **2010.**
15

16

17  Date:  August 30, 2010.

18

19

20

21

22

23

24

25

26

27

28